# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 15, 2007*

[Cite as *06/15/2007 Case Announcements*, 2007-Ohio-2935.]

## MOTION AND PROCEDURAL RULINGS

2006–2073.   **Bikkani v. Lee.**
Cuyahoga App. No. 88650. Upon consideration of Bikkani's request for leave to file a motion to enter judgment as satisfied,

It is ordered by the court that leave is granted. Bikkani's motion to enter judgment as satisfied, which is attached to his request for leave, shall be considered by the court.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2007–1015.   **State ex rel. Rose v. Indus. Comm.**
Franklin App. No. 06AP–529, 2007-Ohio-1813.

2007–1041.   **State ex rel. Canady v. Bur. of Workers Comp. Rehab. Field Operations.**
Franklin App. No. 06AP–692, 2007-Ohio-2654.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 18, 2007*

[Cite as *06/18/2007 Case Announcements*, 2007-Ohio-2980.]

## MOTION AND PROCEDURAL RULINGS

2007–0257.   **Stahlheber v. Lac D'Amiante Du Quebec, LTEE.**
Butler App. No. CA2006–06–134, 2006-Ohio-7034. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On February 20, 2007, appellant filed a notice of pending motion to certify a conflict. Whereas appellant has not notified this court of the decision on the pending motion to certify a conflict,

It is ordered by the court, sua sponte, that appellant show cause within fourteen days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).